# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2245
_____

SANDY CREEK AIRPARK OWNERS
ASSOCIATION, Inc.,

   Appellant,

   v.

NORMAN C. SUMMERS,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
William S. Henry, Judge.

February 25, 2026

PER CURIAM.

The Court dismisses this appeal. *See Da-Vi Nails, Inc. Davi Nails Salon & Spa, LLC*, 131 So. 3d 831 (Fla. 1st DCA 2014) (dismissing appeal because order merely determined entitlement to judgment without entering judgment and did not dispose of all pending claims); *Hickox v. Taylor*, 933 So. 2d 675 (Fla. 1st DCA 2006) (dismissing appeal because order was not a final appealable order in that it granted summary judgment but failed to enter judgment).

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Timothy J. Sloan and P. Jon Gronbeck of Timothy J. Sloan, P.A., Panama City, for Appellant.

No appearance for Appellee.